BOROUGH OF PARK RIDGE, PLAINTIFF-RESPONDENT, v. ANTHONY J. SALIMONE, *ET AL.*, DEFENDANTS-PE-TITIONERS.

On petition for certification to Superior Court, Appellate Division.

See same case below: 36 *N. J. Super.* 485.

*Messrs. Chandless, Weller & Kramer* for the petitioners.

*Mr. George F. Losche* for the respondent.